JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
MINA CHANG
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6055/ Fax: 702.388.6418
mina.chang@usdoj.gov

*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-mj-0028-DJA |
| Plaintiff, | ORDER to Continue Status Conference |
| v. | **(First Request)** |
| EDWIN JEHOVANY POLANCO-RIVERA, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Mina Chang, Assistant United States Attorney, counsel for the United States of America, Jason W. Barrus, Esq., counsel for defendant Edwin Polanco-Rivera, that the status check in the above-captioned matter, currently scheduled for February 3, 2023, be vacated and continued to a date convenient to the Court, but no sooner than 30 days.

This stipulation is entered into for the following reasons:

1. On January 27, 2023, the Court set a Status Conference in this case for February 3, 2023, and permitted counsel to file a stipulation prior to the hearing regarding the defendant's status to avoid attending the status check. ECF No. 9.

2. Defendant Joseph Polanco-Rivera has successfully completed special conditions (i) and (ii) of his sentence but needs additional time to complete the eight-hour online alcohol awareness course as ordered.

3. Defendant is not in custody and does not object to the continuance.

4. Counsel for the parties agree to the continuance.

5. This request for a continuance is made in good faith and is not intended to delay the proceedings in the matter.

6. Denial of this request for continuance would result in a miscarriage of justice.

This is the first request for continuance of the status conference in this case.

DATED this 1st day of February, 2023.

                                                    Respectfully submitted,

                                                  JASON M. FRIERSON
                                                  United States Attorney

*/s/ Jason W. Barrus*                         */s/ Mina Chang*
JASON W. BARRUS, ESQ.              MINA CHANG
Counsel for defendant POLANCO-RIVERA   Assistant United States Attorney

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EDWIN JEHOVANY POLANCO-RIVERA,<br><br>　　　　　Defendant. | Case No. 2:22-mj-0028-DJA<br><br>**Findings of Fact, Conclusions of Law and Order** |

### FINDINGS OF FACT, CONCLUSIONS OF LAW

Based on the pending stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. On January 27, 2023, the Court set a Status Conference in this case for February 3, 2023, and permitted counsel to file a stipulation prior to the hearing regarding the defendant's status to avoid attending the status check. ECF No. 9.

2. Defendant Joseph Polanco-Rivera has successfully completed special conditions (i) and (ii) of his sentence but needs additional time to complete the eight-hour online alcohol awareness course as ordered.

3. Defendant is not in custody and does not object to the continuance.

4. The parties agree to the continuance.

5. This request for a continuance is made in good faith and is not intended to delay the proceedings in the matter.

/ / /

6. Denial of this request for continuance would result in a miscarriage of justice.

**ORDER**

IT IS HEREBY ORDERED that the status check date in the above-captioned matter currently scheduled for February 3, 2023 is hereby VACATED, and RESET for April 14, 2023, at 11:30 a.m., Courtroom 3A.

DATED this ___3rd___ day of February, 2023.

_____
HONORABLE DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE