JASON M. FRIERSON
United States Attorney
Nevada Bar Number 7709
MINA CHANG
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6055 / Fax: 702.388.6418
mina.chang@usdoj.gov
*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDWIN JEHOVANY POLANCO-RIVERA,<br><br>Defendant. | Case No. 2:22-mj-0028-DJA<br><br>**STIPULATION TO CLOSE CASE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney and Mina Chang, Assistant United States Attorney, counsel for the United States of America, and Jason W. Barrus, Esq., counsel for defendant Edwin Jehovany Polanco-Rivera, that the Status Conference set for 11:30 a.m. on April 14, 2023 be vacated and that this case be closed.

This Stipulation is entered into for the following reasons:

1. On or about July 6, 2022, defendant Edwin Jehovany Polanco-Rivera entered into a Petty Offense Plea Agreement with the United States in which he agreed to plead guilty to

Count One of the Complaint, Operating a Motor Vehicle while Under the Influence of Alcohol, in violation of 36 C.F.R. § 4.23(a)(1). *See* ECF No. 8.

2. The parties agreed to recommend that defendant be sentenced to one year of unsupervised probation with the following special conditions: (i) pay a $500 fine and a mandatory $10 penalty assessment; (ii) attend and complete the Lower Court Counseling's (1) DUI course and (2) Victim Impact Panel; (iii) complete an eight hour online alcohol awareness course; (iv) not return to Lake Mead National Recreation Area for a period of six months; and (v) not violate any local, state, or federal laws. ECF No. 8 at 2.

3. On July 6, 2022, this Court sentenced defendant pursuant to the parties' plea agreement. *See* ECF No. 7.

4. Since commencing his term of unsupervised probation, defendant has successfully completed conditions (i), (ii), (iii), and (iv). *See* Ex. A.

5. As such, the parties jointly request that the case to be closed.

DATED this 15th day of February, 2023.

Respectfully submitted,

JASON M. FRIERSON
Acting United States Attorney

*/s/ Jason M. Barrus*  
JASON W. BARRUS
Counsel for Defendant Polanco-Rivera

*/s/ Mina Chang*  
MINA CHANG
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-mj-0028-DJA |
| Plaintiff, | |
| v. | **ORDER** |
| EDWIN JEHOVANY POLANCO-RIVERA, | |
| Defendant. | |

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Defendant Edwin Jehovany Polanco-Rivera has successfully completed the conditions of his sentencing.

**ORDER**

IT IS HEREBY ORDERED that the Status Conference currently scheduled for April 14, 2023 at 11:30 a.m. is vacated; and

IT IS FURTHER ORDERED that this case be closed.

DATED this 16th day of February, 2023.

_____
HON. DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

# EXHIBIT A



# Certificate of Completion

## Nevada Level 1 DUI a Dylund Enterprises LLC School

**Student Name:** Edwin Polanco

**Address:** 2005 theresa ave las vegas nv 89101, las vegas, Nevada, 89101

**Date of Birth:** 07/31/1981

**Driver's License #:** 210157670

**State Issuing DL:** NV

**Citation #:**

**Court Case:**

**Court of Jurisdiction:** Las Vegas Justice Court

**Judge:**

**Court Ordered Completion Date:**

**Date Course Completed:** 07/30/2022

**Course Final Score:** 93.33

**Total Login Time:** 11:26:59

This document certifies that the above named person has successfully completed the **8-HOUR NEVADA DMV LICENSED LEVEL 1 DUI COURSE.** The person presenting this signed document to the appropriate agency, court or insurance company swears under penalty of perjury that they are the individual named above who took the examination and successfully completed the DUI School on the above date.

Edwin Polanco, Student

Diane Lund-Shaw, Instructor

Date: 07/30/2022

Date: 07/30/2022

634 Ryland St., Suite 410, Reno NV 89502 ● (775) 338-6269 ● support@abcdrivesafe.com
DMV Licenses: ABC Drive Safe DUI000041939, TS000047687 / 123 DUI Online DUI000045670



# Certificate of Completion

## VICTIM IMPACT PANEL
### a Dylund Enterprises LLC School

**Student Name:** Edwin Polanco

**Address:** 2005 theresa ave las vegas nv 89101, las vegas, Nevada, 89101

**Date of Birth:** 07/31/1981

**Driver's License #:** 210157670

**State Issuing DL:** NV

**Citation #:**

**Court Case:** LM/7445

**Court of Jurisdiction:** Las Vegas Justice Court

**Judge:**

**Court Ordered Completion Date:**

**Date Course Completed:** 08/16/2022

**Course Final Score:** 100

This document certifies that the above named person has successfully completed the **90-Minute Victim Impact Panel.** The person presenting this signed document to the appropriate agency, court or insurance company swears under penalty of perjury that they are the individual named above who took the examination and successfully completed the Victim Impact Panel on the above date.

_____
Edwin Polanco, Student

Date: 08/16/2022

_____
Diane Lund-Shaw, Instructor

Date: 08/16/2022

**DRIVE SAFE** 634 Ryland St., Suite 410, Reno NV 89502 • (775) 338-6269 • support@abcdrivesafe.com
DMV Licenses: ABC Drive Safe DUI000041939, TS000047687 / 123 DUI Online DUI000045670



# Certificate of Completion

## Substance Abuse: Drugs and Alcohol
a Dylund Enterprises LLC School

**Student Name:** Edwin Polanco
**Address:** 2005 theresa ave las vegas nv 89101, las vegas, Nevada, 89101
**Date of Birth:** 07/31/1981
**Driver's License #:** 210157670
**State Issuing DL:** NV
**Citation #:**
**Court Case:** LM/7445

**Court of Jurisdiction:** Las Vegas Justice Court
**Judge:**
**Court Ordered Completion Date:**
**Date Course Completed:** 02/11/2023
**Course Final Score:** 100
**Total Login Time:** 7:58:53

This document certifies that the above named person has successfully completed the 8-HOUR NEVADA SUBSTANCE ABUSE: DRUGS AND ALCOHOL AWARENESS LEVEL 1 COURSE. The person presenting this signed document to the appropriate agency, court or other entity swears under penalty of perjury that they are the individual named above who took the examination and successfully completed this course on the above date.

Edwin Polanco, Student
Date: 02/11/2023

Diane Lund-Shaw, Instructor
Date: 02/11/2023

ABC DRIVE SAFE: 634 Ryland St., Suite 430, Reno NV 89502 • (775) 338-6205 • support@abcdrivesafe.com
DMV Licenses: ABC Drive Safe DUI000041939, TS000047687 / 123 DUI Online DUI000045670

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

IMPOSITION OF FINE, SPECIAL ASSESSMENT, and/or PROCESSING FEE
PAYMENT INFORMATION

DEFENDANT: Edwin Polanco-Rivera   CASE # 2:22-mj-28-DJA

DATE IMPOSED: 7-6-22

___ You have been sentenced to pay a fine by the United States District Court
___ A special assessment has been imposed in accordance with the Federal Victims Crime Act of 1984 (18 U.S.C. ' 3013).
___ A processing fee has been imposed in accordance with the Consolidated Appropriations Act, 2005

The amount you owe is as follows:

Citation/Count # _____    Fine Imposed: $ 500    Citation/Count # _____    Fine Imposed: $ _____
___ is DISMISSED    Assessment: $ 10    ___ is DISMISSED    Assessment: $ _____
                    Processing fee: $ _____                        Processing fee: $ _____

Citation/Count # _____    Fine Imposed: $ _____   Citation/Count # _____    Fine Imposed: $ _____
___ is DISMISSED    Assessment: $ _____    ___ is DISMISSED    Assessment: $ _____
                    Processing fee: $ _____                        Processing fee: $ _____

Citation/Count # _____    Fine Imposed: $ _____   Citation/Count # _____    Fine Imposed: $ _____
___ is DISMISSED    Assessment: $ _____    ___ is DISMISSED    Assessment: $ _____
                    Processing fee: $ _____                        Processing fee: $ _____

TOTAL AMOUNT YOU OWE $ 510    BALANCE YOU OWE (less Cash Bail) $ _____

___ The entire amount listed above is due immediately.
___ Cash bail in the amount of $_____ previously posted may apply toward the fine. Please obtain a Bail Release form from the clerk to accomplish this.
___ The Court has authorized a payment schedule for the total amount you owe or any balance due (less cash bail as noted above) as follows:
    $ _____ due by/within _____ days/months; $ _____ due by/within _____ days/months;
    $ _____ due by/within _____ days/months; and/or on the _____ day o full.

___ STATUS HEARING set for Tuesday, _____ at 1:30PM in Crtrm _____. Hear full.

SPECIAL NOTE: Until the fine is paid in full, you are required to notify the United St mailing address or residence address not later than 30 days after the change occurs.

Payment will be made to:

___ Central Violations Bureau, P. O. Box 780549, San Antonio, TX 78278 (Phone #1 (Check; money order; or major credit cards accepted online) Website: www.cvb.

✓ Clerk, U. S. District Court, 333 Las Vegas Blvd. South, Rm. 1334, Las Vegas, N' (Phone # 702-464-5405) Office hours: 9:00 a.m. to 4:00 p.m., Monday through F (EXACT cash only; check; money order; or major credit card accepted. This cou phone.)

___ Take this form to the Clerks Office, Room 1334 (1st floor of this building), immec your first or total payment.

IT IS SO ORDERED by:
    ✓ Hon. DANIEL J. ALBREGTS, Courtroom #
    ___ Hon. BRENDA WEKSLER, Courtroom #3I
    ___ Hon. NANCY J. KOPPE, Courtroom #3C
    ___ Hon. CAM FERENBACH, Courtroom #3D
    ___ Hon. ELAYNA J. YOUCHAH, Courtroom ;
    ___ Hon. _____, Courtroom

```
Court Name: District of Nevada
Division: 2
Receipt Number: NVLAS081849
Cashier ID: hmagenni
Transaction Date: 07/06/2022
Payer Name: Edwin Polanco Rivera
-----------------------------------
CVB-VIOLATION PAYMENT
 For: Edwin Polanco Rivera
 Amount:           $510.00
-----------------------------------
CREDIT CARD
 Amt Tendered:    $510.00

Total Due:        $510.00
Total Tendered:   $510.00
Change Amt:         $0.00

22mj28

"Only when bank clears the check,
money order, or verifies credit of
funds is the fee or debt officially
paid or discharged.  A $53 fee will
be charged for a returned check."
```